1

2

3

4

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                    AT SEATTLE

7    ROBERT JOSEPH LUMPKIN,

8                           Petitioner,              CASE NO. C14-1813-JLR

9         v.
                                                     ORDER DENYING PETITIONER'S
10   DONALD R. HOLBROOK,                              HABEAS PETITION WITH PREJUDICE

11                          Respondent.

12

13        The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

14   answer and supplemental answer thereto, the Report and Recommendation of Mary Alice
         Petitioner Lumpkin's Motion (sic) to Object to Report and Recommendation (Dkt 25),
15   Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

16        (1)    The Court adopts the Report and Recommendation;

17        (2)    Petitioner's habeas petition and this action are DISMISSED, with prejudice;

18        (3)    Petitioner is DENIED issuance of a certificate of appealability, and

19        (4)    The Clerk is directed to send copies of this Order to petitioner, to counsel for

20   respondent, and to Judge Theiler.

21        DATED this 15th day of ___September___, 2015.

22                                         _____
                                           JAMES L. ROBART
23                                         United States District Judge

ORDER DENYING PETITIONER'S HABEAS
PETITION WITH PREJUDICE
PAGE - 1